UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                        RE:    Vaughn Gino VALDEZ
                                Docket Number:  2:05CR00221-GEB
                                **PERMISSION TO TRAVEL**
                                **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Puerta Vallarta, Jalisco, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 30, 2003, Vaughn Valdez was sentenced for the offense of Unlawful Transport of Currency.

**Sentence Imposed:**  5 months custody of the Bureau of Prison's with 36 months Term of Supervised release to follow.  Special conditions include: Warrantless search;  Financial restrictions; Drug and alcohol treatment and testing; Mental health treatment; Alcohol abstention; 150 days home confinement; 60 hours community service; Maintain joint checking account with wife; Cooperate with the Internal Revenue Service; Make available document and records of business or enterprise.

**Dates and Mode of Travel:**  July 30, 2006 to August 6, 2006, via American West Airlines in Sacramento, California.

**Purpose:**  The releasee is vacationing with his wife, children, and in-laws.

**RE:    Vaughn Gino VALDEZ**
       **Docket Number:   2:05CR00221-GEB**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ George A. Vidales
**George A. Vidales**
**United States Probation Officer**

**DATED:**   July 7, 2006
            Elk Grove, California
            GAV/cj

**REVIEWED BY:**   /s/Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      x                              Disapproved _____

Dated:  July 7, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge